1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                    AT SEATTLE

8  STEVEN J. ARMSTRONG,

9                          Plaintiff,            Case No. C14-921-JLR-BAT

10         v.                                    **REPORT AND
                                                 RECOMMENDATION**
11  CAROLYN W. COLVIN, Commissioner of
    Social Security,
12
                          Defendant.
13

14        Plaintiff appeals the denial of his applications for disability benefits.  Dkt. 3.  The parties

15  stipulate the case should be reversed and remanded.  Dkt. 19.  The Court has considered the

16  stipulation and the record and recommends the case be **REVERSED** and **REMANDED** under

17  sentence four of 42 U.S.C. § 405(g).

18        On remand, the Administrative Law Judge ("ALJ") will further evaluate the medical

19  opinion evidence, including the opinions of John Lowry, D.O., Victoria McDuffee, Ph.D., and

20  David Widlan, Ph.D., which all support a finding that plaintiff had more restrictive limitations

21  than those identified in the decision's residual functional capacity.  The ALJ will reevaluate

22  plaintiff's credibility.  The ALJ will reevaluate plaintiff's residual functional capacity.  At step

23  five, the ALJ will also obtain supplemental evidence from a vocational expert to clarify the effect

REPORT AND RECOMMENDATION - 1

1   of the assessed limitations on the occupational base.

2          The parties further stipulate that Mr. Armstrong will be entitled to reasonable attorney

3   fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to the Court.

4          Because the parties have stipulated the case be remanded as set forth above, the Court

5   recommends that United States District Judge James L. Robart immediately approve this Report

6   and Recommendation and order the case **REVERSED** and **REMANDED** for further

7   administrative proceedings as set forth above.  A proposed order accompanies this Report and

8   Recommendation.

9          DATED this 5th day of March, 2015.

10

11                                              _____

12                                              BRIAN A. TSUCHIDA
                                                United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

REPORT AND RECOMMENDATION - 2